ERIC GRANT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
**Oct 26, 2026**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

CESAR GONZALEZ,

Defendant.

CASE NO. 2:26-CR-00173-DJC

ORDER TO FILE REDACTED COPY OF INDICTMENT

The government's motion to unseal portions of the indictment and keep any reference to the other defendants sealed, and to file a redacted copy of the sealed indictment is GRANTED.

Dated: October 26, 2026

HON. CAROLYN K. DELANEY
Chief United States Magistrate Judge